# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA VELASQUEZ,<br><br>        Plaintiff,<br>   v.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>        Defendant. | No. CV 13-1542-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: November 19, 2014.

                                        /s/
                                        ALKA SAGAR
                                        UNITED STATES MAGISTRATE JUDGE